CONSENT TO FILE SUIT UNDER
THE FAIR LABOR STANDARDS ACT and
THE DISTRICT OF COLUMBIA MINIMUM WAGE LAW

By signing this notice, I hereby consent to be a Plaintiff in a lawsuit seeking overtime compensation, and any other benefit, including liquidated damages, available under the Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*), and the District of Columbia Minimum Wage Law (D.C. Code §32-1001 *et seq.*), from BRW, Inc., d/b/a/ Captain White Seafood, and/or any other entity that may be named as a Defendant in this lawsuit.

Craig Michael Alexander
Full Legal Name (Print)

3500 Pearl Dr #2
Street Address

Suitland MD 20746
City, State, Zip Code

301 379-6495
Telephone Number

Craig M. Alexander
Signature

N:\WDocs\CLIENTS\BENITEZ.NERIS\pleadings\consent form.doc