IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NERIS RAMON BENITEZ, ) | |
| GUADALUPE TORRES GIRON, ) | |
| JOSE ALBERTO CASTILLO ) | |
| MARTINEZ, ANGEL MARIO ) | |
| CASTILLO, AND HUGO NAJERA ) | |
| SANTOS, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:11-cv-00281 (JMF) |
| ) | |
| v. ) | |
| ) | |
| BRW, INC, d/b/a/ Captain White's ) | |
| Seafood City, SUNNY WHITE, ) | |
| BILLY RAY WHITE, PENNY ) | |
| WHITE, JUSTIN WHITE, AND ) | |
| MARK WHITE, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL**

Plaintiffs Neris Ramon Benitez, Guadalupe Torres Giron, Jose Alberto Castillo Martinez, Angel Mario Castillo, Hugo Najera Santos, and Craig Alexander (collectively, "Plaintiffs") and Defendants BRW, Inc., d/b/a Captain White Seafood City, Sunny White, Billy Ray White, Penny White, Justin White, and Mark White (collectively, "Defendants"), each by their undersigned counsel, respectfully request that this Court approve the settlement between them that will dispose of this case in its entirety.

The Plaintiffs allege that their former employer, BRW, Inc., violated the Fair Labor Standards Act ("FLSA") and District of Columbia Minimum Wage Act by not properly calculating and paying them the minimum wages and overtime wages allegedly due to them for work performed during their employment. The Defendants deny this claim, and it filed an Answer denying the Plaintiffs' allegations in all relevant particulars. Although the Defendants

were prepared to aggressively defend itself, the parties have now been able to reach an amicable settlement that will avoid the uncertainty, expense, and distraction of continued litigation.

The Plaintiffs and the Defendants, each through their undersigned counsel, hereby represent to the Court that, after conducting a thorough mediation session through the Court's mediation program, they have agreed to resolve this case through settlement.  The Plaintiffs and Defendants believe that the settlement that they have entered into provides a fair and just resolution based on the facts of this case.  The Plaintiffs and the Defendants also represent that each has been represented by counsel of their own choosing throughout this lawsuit, and each has consulted with their counsel before agreeing to enter into the settlement.  The parties and their counsel have had a sufficient time to investigate the factual basis of the claims and defenses raised in this lawsuit, and neither side believes that more time is necessary to evaluate the lawsuit further.  The parties also have had an opportunity to discuss the specific terms of the relevant, written settlement agreement with their counsel, and the parties understand and agree to all of their terms.  In particular, Plaintiffs understand that, by entering into the settlement agreement, and in consideration of the promises made by the Defendants as set forth therein, they are agreeing (i) to dismiss their lawsuit with prejudice, with each party to be responsible for its own attorneys' fees and costs; and furthermore, (ii) to release and waive any and all causes of action, claims, demands, damages, attorneys' fees, costs or charges that they may have had, under the Fair Labor Standards Act, District of Columbia Minimum Wage Act, or otherwise, in connection with their employment or otherwise prior to the date of the settlement agreement.[1]  The Plaintiffs

---

[1] The parties have agreed to keep the specific terms of the settlement confidential.  The terms of the settlement are governed by written settlement agreements between them.  Any characterizations of those terms in this motion are provided for the Court's benefit only, and do not, and are not intended to, modify or otherwise change the settlement terms as set forth in the written settlement agreement.  If the Court wishes to receive more specific information as to those terms, the parties request that the agreement be provided to the Court directly

(continued…)

acknowledge that their decision to settle their lawsuit is voluntarily made of their own accord, without any pressure, coercion or undue influence by anyone.

Accordingly, the parties respectfully request that this Court approve the settlement they have reached and to dismiss this lawsuit with prejudice.

                                Respectfully submitted,

/s/ _____
Daniel A. Katz, Bar No. 447412
Law Offices of Gary M. Gilbert & Associates
8401 Colesville Road, Suite 300
Silver Spring, MD 20910
(301) 608-0880 (phone)
(301) 608-0881 (facsimile)
dkatz@ggilbertlaw.com

Sally Abrahamson, Bar No. 999058
D.C. Employment Justice Center
727 15th St. NW, 2nd floor
Washington, D.C. 20005
(202) 828-9675 ext. 16 (phone)
(202) 828-9190 (facsimile)

*Counsel for the Plaintiffs*

/s/ (w/ permission) _____
Ryan M. Bates, Bar No. 985567
Hunton & Williams LLP
1751 Pinnacle Drive
McLean, Virginia 22031
(703) 714-7534 (phone)
(703) 918-4034 (facsimile)
rbates@hunton.com

*Counsel for the Defendants*

---

through an *in camera* inspection or, alternatively, that the agreement be allowed to be filed under seal pursuant to Local Civil Rule 5.