# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NERIS RAMON BENITEZ,** **GUADALUPE TORRES GIRON,** **JOSE ALBERTO CASTILLO MARTINEZ, ANGEL MARIO CASTILLO, AND HUGO NAJERA SANTOS,** | ) ) ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:11-cv-00281 (JMF) ) |
| v. | ) ) |
| **BRW, INC, d/b/a/ Captain White's Seafood City, SUNNY WHITE, BILLY RAY WHITE, PENNY WHITE, JUSTIN WHITE, AND MARK WHITE,** | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement and Dismissal, and the record in this matter, it is hereby

ORDERED that the Motion is GRANTED. It is

FURTHER ORDERED that the settlement in this matter is approved and this case is dismissed with prejudice.

SO ORDERED.

_____    _____
Date                                                              JOHN M. FACCIOLOA
                                                                        UNITED STATES MAGISTRATE JUDGE